MDL DOCKET NO. 2174

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **JULY 12, 2010**

TO:   Clerk of the Panel
   U.S. Judicial Panel on Multidistrict Litigation
   One Columbus Circle, NE
   Thurgood Marshall Federal Judiciary Building
   Room G-255, North Lobby
   Washington, DC 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 28 2010

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

___   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

X   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| July 12, 2010 | Richard J. (Rex) Burch | /s/ |
|---|---|---|
| Date | Name | Authorized Signature |

**Party/Parties Represented, District(s) & Civil Action Number(s) (list even if waiving):**

Plaintiffs: Elizabeth A. Ebert and all others similarly situated (S.D.Tex. Case No. 4:10-cv-894)

**Name and Address of Attorney Designated to Present Oral Argument:**

Richard J. (Rex) Burch, Bruckner Burch PLLC, 1415 Louisiana, Suite 2125, Houston, Texas 77002.

Telephone No.: (713) 877-8788     Fax No.: (713) 877-8065

Email Address: rburch@brucknerburch.com

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. **THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.**

JPML Form 9 (9/08)

IMAGED JUL 29 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 28 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: JPMORGAN CHASE & CO.
FAIR LABOR STANDARDS ACT
(FLSA) LITIGATION

MDL No. 2174

## PROOF OF SERVICE

I hereby certify that copies of Plaintiff's Notice of Presentation or Waiver of Oral Argument were served upon the following attorneys referenced in the attached Panel Attorney Service List by e-mail and regular mail on July 12, 2010:

Kelly M. Dermody
Rachel J. Geman
Jahan C. Sagafi
Jaron R. Shipp
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Attorneys for Plaintiff Gayla Pickle, et al. (S.D.N.Y. 10-cv-02791)

Adam T. Klein
Justin M. Swartz
Rachel M. Bien
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Attorneys for Plaintiff Gayla Pickle, et al. (S.D.N.Y. 10-cv-02791)

Albert T. Van Huff
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, TX 77008
Attorney for Plaintiff Elizabeth Anne Ebert (S.D. Tex. 10-cv-00894)

Judicial Panel on Multidistrict Litigation - Panel Service List

Page 1

Docket: 2174 - IN RE: JP Morgan Chase & Co. Fair Labor Standards Act (FLSA) Litigation
Status: Pending on / /
Transferee District:   Judge:

Printed on 05/17/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Burch, Richard J.<br>1415 Louisiana<br>Suite 2125<br>Houston, TX 77002 | => Phone: (713) 877-8788  Fax: (713) 877-8065  Email: rburch@brucknerburch.com<br>Ebert, Elizabeth Anne* |
| Dermody, Kelly M.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111 | => Phone: (415) 956-1000  Fax: (415) 956-1008  Email: kdermody@lchb.com<br>Pickle, Gayla* |
| Shaulson, Samuel S.<br>MORGAN LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178 | => Phone: (212) 309-6718  Fax: (212) 309-6001  Email: sshaulson@morganlewis.com<br>Chase Manhattan Mortgage Corp.; J.P. Morgan Chase & Co.*; J.P. Morgan Chase Bank |
| Thomas, J. Nelson<br>THOMAS & SOLOMON LLP<br>693 East Avenue<br>Rochester, NY 14607 | => Phone: (585) 272-0540  Fax: (585) 272-0574  Email: nthomas@theemploymentattorneys.com<br>Davis, Michael J.*; Lombardo, Elena*; McGraw, Daniel J.*; Smith, Carol*; Whalen, Andrew* |

Note: Please refer to the report title page for complete report scope and key.