UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 04, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JPMORGAN CHASE & CO.<br>FAIR LABOR STANDARDS ACT<br>(FLSA) LITIGATION | MDL Docket No. 2174 |

**JPMORGAN CHASE BANK, N.A.'S POST-HEARING REPORT**

Defendant JPMorgan Chase Bank, N.A. ("JPMC") respectfully files this submission in response to the Post-Hearing Report of July 29, 2010 submitted by Gayla Pickle and Carol Hughes ("Pickle").

Both before and after settlement was reached between counsel for *Whalen* and JPMC, all parties have uniformly agreed that the cases currently before the Panel (including *Cole*, the tag-along action) should be centralized. Indeed, the Panel has consistently centralized cases where a nationwide settlement is already pending in one or more of the cases:

> [T]he salutary effect of assigning the present actions and any future tag-along actions to a single judge who can formulate a pretrial program (including, if necessary, proceedings regarding the *Karim* settlement) that ensures that pretrial proceedings will be conducted in a streamlined manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the courts.

*In Re Banc of America Inv. Servs., Overtime Pay Litig.*, 466 F. Supp. 2d 1353, 1354 (J.P.M.L. 2006); *see also In re Terminix Employment Practices Litigation*, 466 F.Supp.2d 1354, 1355 (J.P.M.L. 2006) (consolidating cases in district where mediation was underway); *In re Medco Health Solutions, Inc.*, 254 F.Supp.2d 1364, 1365 (J.P.M.L. 2003) (transferee forum based in part on fact that judge there was in the process of reviewing a proposed comprehensive settlement of claims in the litigation).

Counsel in *Pickle* has consistently failed to identify any legitimate basis for their argument that the Southern District of New York would be an appropriate forum for centralization, especially considering that *none* of the plaintiffs and opt-ins reside in that district. Rather than setting forth any substantive justification for their venue choice, *Pickle* resorts in her Post-Hearing Report to: (1) attacking the parties for having reached a resolution of these claims;

1

and (2) implying that Judge Larimer in the Western District of New York is not capable of assessing the fairness of the settlement that has been reached. Neither argument has merit.

Of course, there is nothing wrong with parties reaching a settlement of a litigation. Contrary to the allegations by *Pickle*, this settlement was not "quick," surprising or improper in any way. When Chase mediated with the plaintiffs in *Whalen*, it did so pursuant to a court order of Judge David Larimer of the Western District of New York, and counsel for all parties in the cases before the Panel were well aware of the mediation order at the time of the oral argument on July 29. Moreover, the parties in *Whalen* have discussed settlement and attempted mediation on multiple occasions since the lawsuit was filed in 2001, long before the *Pickle* action was even filed. Settlement was reached after a two-day mediation, which was itself preceded by numerous discussions by the parties regarding potential resolution.[1]

Even more troubling is the suggestion in *Pickle*'s Post-Hearing report that Judge Larimer in the Western District of New York is somehow not qualified to review the fairness of the settlement that has been reached. Not surprisingly, they articulate no basis whatsoever for their unfounded position. JPMC maintains that the *Whalen*, *Ebert*, and *Pickle* actions, as well as the tag-along *Cole* action, should be centralized before Judge Larimer in the Western District of New York because his knowledge of the history of this litigation will expeditiously resolve "all actions to the overall benefits of the parties and the courts." *In Re Banc of America*, 466 F.Supp.2d at 1354. Counsel for *Pickle* is the lone voice of dissent as to where the centralization

---

[1] Had counsel in *Pickle* had any genuine interest in coordinating the various underwriter cases filed against JPMC, they would have contacted counsel for the parties in the other actions to discuss their proposed Petition with the MDL. Instead, they rushed to file their MDL Petition in a transparent attempt to wrestle control over these cases away from other plaintiffs' counsel in the hopes that they might be appointed lead counsel in a new federal district court.

should take place, and their transparent attempt to argue for a particular venue in the hopes of improving their own position should be rejected.[2]

Dated: August 3, 2010

Respectfully submitted,

/s/ Sam S. Shaulson
Sam S. Shaulson
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. 212.309.6718
Fax. 212.309.6001
E-mail: sshaulson@morganlewis.com

Counsel for Defendant
JPMorgan Chase Bank, N.A.

---

[2] Counsel for the *Ebert* plaintiffs have stated to undersigned counsel for JPMC that, given the settlement that has been reached in the *Whalen* matter, they believe that the Western District of New York would be the most suitable court to review the proposed settlement and should be where the cases are centralized.

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 04, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JPMORGAN CHASE & CO.<br>FAIR LABOR STANDARDS ACT<br>(FLSA) LITIGATION | MDL Docket No. 2174 |

## PROOF OF SERVICE

I hereby certify that copies of the foregoing Post-Hearing Report were served upon the following attorneys referenced in the attached Panel Attorney Service List by electronic mail and Federal Express on August 3, 2010:

    Kelly M. Dermody
    Rachel J. Geman
    Jahan C. Sagafi
    Jaron R. Shipp
    LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111
    and
    250 Hudson Street, 8th Floor
    New York, NY 10013-1413
    *Attorneys for Plaintiff Gayla Pickle, et al.* (S.D.N.Y. 10-cv-02791)

    Adam T. Klein
    Justin M. Swartz
    Rachel M. Bien
    OUTTEN & GOLDEN LLP
    3 Park Avenue, 29th Floor
    New York, NY 10016
    *Attorneys for Plaintiff Gayla Pickle, et al.* (S.D.N.Y. 10-cv-02791)

    Albert T. Van Huff
    MONSHAUGEN & VAN HUFF, P.C.
    1225 North Loop West, Suite 640
    Houston, TX 77008

*Attorney for Plaintiff Elizabeth Anne Ebert* (S.D.Tex. 10-cv-00894)
Richard J. Burch
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, TX 77002
*Attorney for Plaintiff Elizabeth Anne Ebert* (S.D.Tex. 10-cv-00894)

J. Nelson Thomas
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
*Attorneys for Plaintiffs Michael J. Davis, Elena Lombardo, Carol Smith and Andrew Whalen* (W.D.N.Y. 01-cv-06492L)

/s/ Sam S. Shaulson
Sam S. Shaulson
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. 212.309.6718
Fax 212.309.6001
E-mail: sshaulson@morganlewis.com

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2174 - IN RE: JP Morgan Chase & Co. Fair Labor Standards Act (FLSA) Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 2174 - JP Morgan Chase & Co. FLSA
  For Open Cases

Docket: 2174 - IN RE: JP Morgan Chase & Co. Fair Labor Standards Act (FLSA) Litigation
Status:   Pending on  / /
Transferee District:            Judge:                                                                               Printed on 05/17/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Burch, Richard J.<br>1415 Louisiana<br>Suite 2125<br>Houston, TX 77002 | =>Phone: (713) 877-8788  Fax: (713) 877-8065  Email: rburch@brucknerburch.com<br>Ebert, Elizabeth Anne* |
| Dermody, Kelly M.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111 | =>Phone: (415) 956-1000  Fax: (415) 956-1008  Email: kdermody@lchb.com<br>Pickle, Gayla* |
| Shaulson, Samuel S.<br>MORGAN LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178 | =>Phone: (212) 309-6718  Fax: (212) 309-6001  Email: sshaulson@morganlewis.com<br>Chase Manhattan Mortgage Corp.; J.P. Morgan Chase & Co.*; J.P. Morgan Chase Bank |
| Thomas, J. Nelson<br>THOMAS & SOLOMON LLP<br>693 East Avenue<br>Rochester, NY 14607 | =>Phone: (585) 272-0540  Fax: (585) 272-0574  Email: nthomas@theemploymentattorneys.com<br>Davis, Michael J.*; Lombardo, Elena*; McGraw, Daniel J.*; Smith, Carol*; Whalen, Andrew* |